UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RIZWAN KHALIQ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>REPUBLIC OF SUDAN, et al.,<br><br>    Defendants. | Civil Action No. 10-356 (JDB) |

### ORDER

Upon consideration of [34] Special Master Paul Griffin's Report and [36] plaintiffs' Proposed Findings of Fact and Conclusions of Law, and the entire record herein, it is hereby

**ORDERED** that [34] the Special Master Report is adopted in part and modified in part as described in the accompanying Memorandum Opinion issued on this date; it is further

**ORDERED** that Counts IV, VI, VIII, X, XII, XIV, XVI, XVIII, and XX of [29] plaintiffs' First Amended Complaint are **DISMISSED**; it is further

**ORDERED** that judgment is entered in favor of plaintiffs and against defendants in the total amount of $49,761,544.86; and it is further

**ORDERED** that each plaintiff is entitled to damages in the amounts listed in the accompanying chart.

    **SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: March 28, 2014

| | Name of Victim | Injured/ Deceased | Family Members | Relation | Economic Damages | Pain & Suffering Damages | Solatium Damages | Subtotal | Total Award (with applicable prejudgment interest) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | John Victim Doe | Injured | | | $720 | $5,000,000 | $1,500,000 | $6,500,720 | $14,702,869.86 |
| 2 | | Injured | Jane Spouse Doe | Wife | | $1,500,000 | $4,000,000 | $5,500,000 | $12,440,175.00 |
| 3 | | | Jane Parent Doe | Mother | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 4 | | | John Sibling1 Doe | Brother | | | $1,250,000 | $1,250,000 | $2,827,312.50 |
| 5 | | | John Sibling2 Doe | Brother | | | $1,250,000 | $1,250,000 | $2,827,312.50 |
| 6 | | | John Sibling3 Doe | Brother | | | $1,250,000 | $1,250,000 | $2,827,312.50 |
| 7 | | | Jane Sibling4 Doe | Sister | | | $1,250,000 | $1,250,000 | $2,827,312.50 |
| 8 | | | John Sibling5 Doe | Brother | | | $1,250,000 | $1,250,000 | $2,827,312.50 |
| 9 | | | Jane Sibling6 Doe | Sister | | | $1,250,000 | $1,250,000 | $2,827,312.50 |
| | TOTALS | | | | $720.00 | $6,500,000 | $15,500,000 | $22,000,720 | $49,761,544.86 |